# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of NEW YORK (BROOKLYN)



**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 24 2008 ★

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **DALE KEITH** | ) Case No:  CR-95-227-06 (JG) |
| | ) USM No: 45184-053 |
| Date of Previous Judgment:   November 8, 1996 | ) Michael K. Schneider, Esq.   (718) 330-1200 |
| (Use Date of Last Amended Judgment if Applicable) | ) 16 Court Street, 3rd Floor, Brooklyn, NY 11241 |
| | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ❏ the defendant ❏ the Director of the Bureau of Prisons ✔ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❏ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___Fifteen (15) years___ **is reduced to** ___TIME SERVED___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 to LIFE months | Amended Guideline Range: | 324 to 405 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❏ The reduced sentence is within the amended guideline range.
✔ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ___November 8, 1996___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___March 21, 2008___

*s/John Gleeson*
_____
Judge's signature

Effective Date: ___March 21, 2008___
(if different from order date)

JOHN GLEESON, U.S.D.J.
_____
Printed name and title